# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: **Wesley James Wright** )
) BK- **14-12432** NLJ
)
Debtor(s).  )  Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
  ☒ The proposed plan is not feasible    ☒ Terms must increase    ☐ Per I & J _____
  ☐ Plan Payments are not current    ☐ Filing fee not paid in full    ☐ DSO information not provided
  ☒ Plan fails to pay general unsecured pursuant to means test ~~$17,577.80~~ **$5,928.00**
  ☐ Certificate of service  ☐ not provided or  ☐ time has not run
  ☐ 60 days pay vouchers not provided _____
  ☒ All debts not provided for **OTC**
  ☐ Plan was not proposed in good faith    ☐ Paying for item(s) not necessary for reorganization
  **Rslvd** ☒ Tax returns not provided   ☒ Plan fails to pay liquidation value **$1,000**
  ☒ Debtor(s) are above median income and plan not proposed for 60 months
  ☒ Oklahoma Tax Commission objects to confirmation   ☒ Unfiled returns for **2012**
  ☐ Internal Revenue Service objects to confirmation  ☐ Unfiled returns for _____
  ☐ Creditor in attendance objects to confirmation _____
  ☐ Written objection filed by _____
  ☐ Other _____

☐ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: **7/24/14**

Respectfully submitted,

*/s/ John Hardeman*
John Hardeman
Chapter 13 Trustee

cc: Original filed with Clerk
    Debtor(s) Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **8/26/14**, at **9:30** a.m. in the Second Floor Courtroom, before the Honorable Niles L. Jackson. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**