**Dated: September 23, 2014,  03:28 PM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:   Wesley James Wright,              )    Case No. 14-12432
                                     Debtor.)    Chapter 13

**ORDER FOR RELIEF FROM AUTOMATIC STAY AND
AND ABANDONMENT OF PROPERTY**

On this date comes on for consideration the Motion Of Bancfirst For Relief From Automatic Stay And Abandonment, For Relief From Rule 4001 Stay And Opportunity For Hearing (Document 32), and debtor's Response thereto (Document 41).  Counsel for BancFirst and the debtor represent that they have reached agreement in the matter.

Counsel represent that the motion was filed on August 26, 2014, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007 on August 26, 2014, and the last date for filing objections has passed with no objection thereto being served and filed except for the Response of debtor (Document 41).  Therefore, based on representations of counsel, the motion should be granted in part and denied in part.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion is granted and the following property, to-wit:

2010 John Deere skid steer I.D. T00320A173090

is ordered abandoned.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is terminated to permit BancFirst to proceed on an *in rem* basis concerning said property, and the 14-day enforcement stay pursuant to Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the motion is denied as to any other property.

###

Approved for entry:


x/James E. Palinkas_____
James E. Palinkas, OBA #15037
Attorney for BancFirst
J.E. Palinkas, P.C.
228 North Broadway
Shawnee, OK  74801
 (405) 275-0216
jim@jepalinkas.com



x/Randall J. Wiley_____
Randall J. Wiley, OBA #9613
Attorney for Debtor
P.O. Box 3728
23 E. 9th, Suite 417
Shawnee, OK 74802-3728
(405) 275-6151
rjwileylaw@att.net