IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**WESLEY JAMES WRIGHT**

Debtor.

Case No. 14-12432-NLJ
Chapter 13

### OBJECTION TO CONFIRMATION OF AMENDED
### CHAPTER 13 PLAN COMBINED WITH REQUEST FOR
### CONVERSION OR DISMISSAL IF CONFIRMATION IS DENIED

COMES NOW John Hardeman, Chapter 13 Trustee ("Trustee"), and pursuant to 11 U.S.C. Sections 1322, 1325 and 1326, objects to confirmation of the debtor's Amended Chapter 13 Plan ("plan" or "amended plan"). In support of his Objection to Confirmation, the Trustee states as follows:

* The debtor has not provided the manner in which certain secured creditors will be treated under the plan. The debtor has failed to provide the treatment of the debt(s) owed to Davenport Pawn. Sections 1322 and 1325 provide the manner in which secured creditors may be provided for in a chapter 13 plan.

WHEREFORE, for the reasons stated above, the Trustee respectfully requests that confirmation of the amended plan be denied and that the Court grant such other relief as is warranted including, but not limited to, conversion or dismissal of the case pursuant to 11 U.S.C. Section 1307(c).

Respectfully Submitted,

s/John Hardeman
John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel:  (405) 236-4843
Fax: (405) 236-1004

## CERTIFICATE OF MAILING

This is to certify that on September 24, 2014, a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage prepaid, on the following:

WESLEY JAMES WRIGHT
50501 MOCCASIN TRAIL
PRAGUE, OK 74864

s/John Hardeman
John Hardeman, Trustee            JS