UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:   Wesley James Wright,                              )   Case No. 14-12432
                                                  Debtor.)   Chapter 13

### MOTION OF RANDALL J. WILEY FOR ALLOWANCE OF COMPENSATION, WITH BRIEF COMBINED, AND NOTICE OF OPPORTUNITY FOR HEARING AND TIME FOR RESPONSE

Randall J. Wiley, counsel for the above named debtor, moves the Court for allowance of compensation for his services pursuant to 11 U.S.C. Sec. 330 and 331, and Fed. R. Bankr. P. 2016, incurred in connection with this case, all as listed on the hereinafter set forth schedule of time.

This request for compensation is for representation in the related adversarial proceeding, Ricky L. Proctor and Betty J. Proctor v. Wesley James Wright, ADV 14-1093, and is in addition to the compensation requested in the Disclosure Of Compensation Of Attorney For Debtor(s) (contained in Document 1) filed in this case.

Movant requests that this claim be deemed an administrative claim and paid at not less than the Confirmation Order rate per month until paid and that payment on secured claims be adjusted prorata.

WHEREFORE, Movant requests compensation for services rendered as set forth.

/s/  Randall J. Wiley_____
RANDALL J. WILEY, OBA#9613
Attorney at Law
P. O. Box 3728
23 E. 9th, Suite 417
Shawnee, OK  74802-3728
(405) 275-6151
rjwileylaw@att.net

## SCHEDULE OF TIME

**Time Keeper**: Unless otherwise noted, the hereinafter set forth time entries are the time entries of Randall J. Wiley, attorney of record for the Debtor.

**Billing Rate**: Attorney billing is at the rate of $150.00 per hour.

| Date | Description of Service/Event/Charge | Time | Charge($) |
|---|---|---|---|
| 10/14/14 | Review complaint and related documents; telephone call w/Jeff Tate; email and telephone call w/client | .3 | 45.00 |
| 10/20/14 | Conference w/client | .5 | 75.00 |
| 10/26/14 | Conference w/client | .5 | 75.00 |
| 11/6/14 | Conference w/client | .5 | 75.00 |
| 11/8/14 | Review file; telephone calls w/client; prepare Answer | .5 | 75.00 |
| 11/9/14 | Telephone calls, text messages and emails w/client: Revised Answer; filed Answer | .5 | 75.00 |
| 11/21/14 | Review file; negotiation w/Jeff Tate | .5 | 75.00 |
| 11/25/14 | Review settlement offer email from Jeff Tate; email client | .2 | 30.00 |
| 12/1/14 | Conference w/client | .5 | 75.00 |
| 12/13/14 | Conference w/client | .5 | 75.00 |
| 1/13/15 | Telephone calls with: Jeff Tate, client, Chapter 13 Trustee's office; review file; research law; prepare stipulated settlement order and judgments (2) | 1.5 | 225.00 |
| 1/14/15 | Revise order and judgments; telephone call w/Chapter 13 Trustee's office | .5 | 75.00 |
| 1/16/15 | Telephone call w/Jeff Tate: authorized to upload orders | .1 | 15.00 |
| **TOTAL:** | | **6.6 hours** | **$990.00** |

TOTAL BILLED TIME AND CHARGE FOR SERVICES: 6.6 hours @ $150/hour = **$990.00**

**TOTAL BALANCE DUE FOR SERVICES: $990.00**

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written

response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).