

**Dated: February 19, 2015**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

In Re:  Wesley James Wright,            )   Case No. 14-12432
                              Debtor.)   Chapter 13

### ORDER GRANTING JOINT MOTION TO APPROVE COMPROMISE OF CONTROVERSY

On this date comes on for consideration the Joint Motion To Approve Compromise Of Controversy, With Brief In Support & Notice Of Opportunity For Hearing (document 75) filed pursuant to F. R. Bankr. P. 9019.

Counsel represent that the motion (document 75) was filed on January 28, 2015, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007 on January 28, 2015, and the last date for filing objections was February 18, 2015, which has passed with no objection thereto being served and filed.  Therefore, the motion should be granted.

Counsel represent that in the related adversarial proceeding styled Ricky L. Proctor and Betty J. Proctor vs. Wesley James Wright, Adv. Pro. No. 14-01093, the Proctors and debtor have agreed to settlement on the following terms:

a.) The parties stipulate and agree that judgment shall be entered for the plaintiff, Ricky L. Proctor, and against the defendant, Wesley James Wright, in the amount of $2,775.00.

b.) The parties stipulate and agree that in addition to the above judgment awarded plaintiff Ricky L. Proctor, separate and further judgment shall be entered for the plaintiff, Betty J. Proctor, and against the defendant, Wesley James Wright, in the amount of $2,775.00.

c.) The parties stipulate and agree that each of the two said judgments shall constitute non-dischargeable debts, and shall be paid in full in the Chapter 13 case of defendant/debtor Wesley James Wright, Case No. 14-12432, as separate priority claims, one for plaintiff Ricky L. Proctor, and another for plaintiff Betty J. Proctor, pursuant to 11 U.S.C. §507(a)(7).

d.) The parties stipulate and agree that plaintiff Ricky L. Proctor shall be authorized to amend his previously filed Proof of Claim, or to file a new claim which shall be deemed filed on the same date as the existing Proof of Claim, in order to claim a priority claim pursuant to 11 U.S.C. §507(a)(7) in the amount of $2,775.00.

e.) The parties stipulate and agree that plaintiff Betty J. Proctor shall be authorized to amend her previously filed Proof of Claim, or to file a new claim which shall be deemed filed on the same date as the existing Proof of Claim, in order to claim a priority claim pursuant to 11 U.S.C. §507(a)(7) in the amount of $2,775.00.

f.) The parties stipulate and agree that each party shall bear their own attorney fees and costs.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion To Approve Compromise Of Controversy, With Brief In Support & Notice Of Opportunity For Hearing (document 75) should be and hereby is granted, and order and judgments shall be entered in Adv. Pro. No. 14-01093 as agreed by the parties, which said judgments shall be entered separately in accordance with Fed. R. Bankr. P. Rule 7058.

###

Approved for entry:

s/Jeffrey E. Tate_____
Armando J. Rosell (OBA # 18821)
Jeffrey E. Tate (OBA #17150)
MULINIX OGDEN HALL & LUDLAM, P.L.L.C.
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, Oklahoma 73102
(405) 232-3800 Telephone
(405) 232-8999 Facsimile
jtate@lawokc.com
Attorneys For Plaintiffs

s/Randall J. Wiley_____
RANDALL J. WILEY, OBA #9613
P.O. Box 3728
23 E. 9th, Suite 417
Shawnee, OK 74802-3728
(405) 275-6151
rjwileylaw@att.net
Attorney for Defendant/Debtor